IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3026-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CEDRIC VON BLUFORD, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 124) is granted.

(2) Defendant Bluford's sentencing is continued to Friday, December 16, 2011, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 18, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge