IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3026 |
| | ) | |
| V. | ) | |
| | ) | |
| CEDRIC VON BLUFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion to restrict (filing 128) is granted. The defendant's restricted motion (filing 129) will be taken up at sentencing.

DATED this 9th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge