# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
**Carlos Loverboy Silva**

Case No: **4:08CR3026**
USM No: **22052-047**

Date of Original Judgment: **03/20/2009**
Date of Previous Amended Judgment: **05/19/2010**
*(Use Date of Last Amended Judgment if Any)*

**Carlos A. Monzon**
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **120** months **is reduced to** **96 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

**Filings 140 and 143 are granted as provided herein.**

Except as otherwise provided, all provisions of the judgment dated **03/20/2009 & 05/19/2010** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: **03/13/2012**                               **s/ Richard G. Kopf**
                                                         *Judge's signature*

Effective Date: **03/13/2012**                           **Richard G. Kopf, Senior U.S. District Judge**
*(if different from order date)*                         *Printed name and title*